

**CT Corporation**
**Service of Process Notification**
09/18/2024
CT Log Number 547343458

## Service of Process Transmittal Summary

**TO:**     WILL JOSLIN, Assistant General Counsel & Assistant S
Gray Television, Inc.
445 DEXTER AVE STE 7000
MONTGOMERY, AL 36104-3892

**RE:**     **Process Served in Louisiana**

**FOR:**    GRAY MEDIA GROUP, INC.  (Former Name)  (Domestic State: DE)
Gray Local Media, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | X-BIO, LLC vs. WAFB, LLC |
| **CASE #:** | C75283432 |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/18/2024 at 09:31 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Ellenann Yelverton  ellenann.yelverton@gray.tv |
| | Email Notification,  WILL JOSLIN  will.joslin@gray.tv |
| | Email Notification,  Debbie Trotter  debbie.trotter@gray.tv |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 3867 Plaza Tower Dr. |
| | Baton Rouge, LA 70816 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT A**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Wed, Sep 18, 2024
**Server Name:**                             Drop Service

| Entity Served | GRAY MEDIA GROUP, INC |
|---|---|
| Case Number | C-752834 "32" |
| Jurisdiction | LA |

| Inserts | | |
|---|---|---|
| | | |



**EXHIBIT A**

# SERVICE COPY



D14975965

# CITATION

X-BIO, LLC
(Plaintiff)

NUMBER C-752834 "32"

**VS**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

WAFB, LLC, ET AL
(Defendant)

**STATE OF LOUISIANA**

TO:   GRAY MEDIA GROUP, INC
      THROUGH AGENT: CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR
      BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 9, 2024.**



*Rasheedah Carter*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MATTHEWS, TAJH D.**
*The following documents are attached:

**PETITION FOR DAMAGES**

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office
SEP 17 2024

CITATION-2000

**EXHIBIT A**

EAST BATON ROUGE PARISH  C-752834
Filed Aug 29, 2024 4:19 PM    32
Deputy Clerk of Court

X-BIO, LLC

VERSUS

WAFB, LLC
AND GRAY MEDIA GROUP, INC

NUMBER:          DIV.:

19th JUDICIAL DISTRICT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, X-BIO, LLC. (hereinafter "Plaintiff"), a corporation organized under the laws of the State of Louisiana, domiciled, and doing business in Baton Rouge, East Baton Rouge Parish, Louisiana, who respectfully represents:

### 1. Parties

a. Plaintiff, X-BIO, LLC.(X-Bio), is a corporation duly organized and existing under the laws of the State of Louisiana, with its principal place of business located at 11690 FLORIDA BLVD, SUITE D, BATON ROUGE, LA 70815.

b. Made Defendant herein is WAFB, LLC  AND GRAY MEDIA GROUP, INC.  (WAFB), a media organization with its principal place of business located at  5615  CORPORATE  BLVD. STE. 400B, BATON ROUGE, LA 70808, which conducts business and publishes news content in the State of Louisiana.

### 2. Jurisdiction and Venue

a. This Court has jurisdiction over this matter pursuant to La. C.C.P. art. 2, as the cause of action arises within the jurisdiction of this Court.

b. Venue is proper in this Parish pursuant to La. C.C.P. art. 74, as the defamatory statements were published and caused harm within this Parish.

### 3. Factual Background

a. On or about September 3, 2023, Defendant published and disseminated through its print, online, and/or broadcast platforms, a report falsely stating that a shooting incident occurred at the premises of Plaintiff's business located at 11690 FLORIDA BLVD, SUITE D, BATON ROUGE, LA 70815.

b. In truth and fact, the shooting incident occurred at the intersection located at Florida Boulevard and Little John Drive, Baton Rouge, Louisiana, and not at Plaintiff's premises.



Certified True and
Correct Copy

Rasheedah Carter
East Baton Rouge Parish

**EXHIBIT A**
Generated Date:

c. The false statement published by Defendant was widely disseminated and accessible to the general public, causing significant harm to Plaintiff's business reputation and financial standing.

### 4. Defamation Per Se

a. Under Louisiana Civil Code Article 2315, any act that causes damage to another obligates the person by whose fault the damage occurred to repair it. Defendant's publication of false statements concerning Plaintiff constitutes fault under this statute and has caused substantial damage to Plaintiff's business.

b. The statements made by Defendant were defamatory per se as said statements, by their very nature tended to injure X-Boi's professional reputation, without considering extrinsic facts or surrounding circumstances. (*Costello v. Hardy*, 864 So. 2d 129 (La. 2004)).

c. Louisiana Courts provides that Defamatory words are, by definition, words which tend to harm the reputation of another so as to lower the person in the estimation of the community, to deter others from associating or dealing with the person, or otherwise expose a person to contempt or ridicule. (*Fitzgerald v. Tucker*, 98-2313 at 11, 737 So.2d at 716.)

### 5. Negligence and Reckless Disregard

a. Defendant acted negligently and with reckless disregard for the truth by failing to verify the accuracy of the statements before publishing them.

b. Defendant's conduct constitutes defamation under Louisiana law, as courts held that the First Amendment does not protect false statements made with "actual malice" or "reckless disregard for the truth."

c. Additionally, Louisiana courts recognize that when a plaintiff proves publication of words that are defamatory per se, the elements of falsity and malice (or fault) are presumed (*Costello v. Hardy*, 864 So. 2d 129 (La. 2004)).

Rosheedah Carter

East Baton Rouge Parish

**EXHIBIT A**

## 6. Damages

a. As a direct result of Defendant's defamatory statements, Plaintiff has suffered and continues to suffer significant financial losses, including but not limited to, lost business opportunities, decreased revenue, and reputational harm.

b. Plaintiff also seeks general damages for emotional distress, humiliation, and damage to its reputation in the community.

## 7. Prayer for Relief

WHEREFORE, Plaintiff, X-BIO, LLC., prays that after due proceedings are had, there be judgment rendered in its favor and against Defendant, WAFB, LLC AND GRAY MEDIA GROUP, INC.) , for the following relief:

a. Compensatory damages in an amount to be determined at trial.

b. General damages for reputational harm and emotional distress;

c. Punitive damages as appropriate to penalize Defendant for its reckless disregard for the truth;

d. Costs of these proceedings, including reasonable attorney's fees;

e. Pre-judgment and post-judgment interest as allowed by law; and

f. Any other and further relief that this Court deems just and proper.

RESPECTFULLY SUBMITTED:

Tajh D. Mathews  (LSBA# 38562)
Jones & Mathews Law Firm, LLC
2321 Drusilla Lane Suite C
Baton Rouge, LA 70809
Phone:  (225) 960-4231
Fax: (225) 395-0823
Email: tmathews@mjtmlaw.com


PLEASE SERVE:

**GRAY MEDIA GROUP, INC**
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**WAFB, LLC.**
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816



**Certified True and Correct Copy**

Rosheedah Carter

East Baton Rouge Parish



**EXHIBIT A**
Generated Date:

**RETURN COPY**



D14975965

# CITATION

X-BIO, LLC
(Plaintiff)

VS

WAFB, LLC, ET AL
(Defendant)

NUMBER C-752834   "32"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   GRAY MEDIA GROUP, INC
      THROUGH AGENT: CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR
      BATON ROUGE,  LA 70816

GREETINGS:

        Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

        Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
   1.  **21 DAYS** of the date you were served with the petition; **OR**
   2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

        If you fail to file an answer or other legal pleading, a default judgment may be rendered against you.  Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 9, 2024.**

                                                 *Rooheedah Carter*
                                                 *Deputy Clerk of Court for*
                                                 **Doug Welborn, Clerk of Court**

Requesting Attorney: MATTHEWS, TAJH D.
*The following documents are attached:

PETITION FOR DAMAGES



**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE:  On the party herein named at _____.
DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of_____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____
DUE AND DILIGENT:        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____.


SERVICE:$_____
MILEAGE$_____                          _____
TOTAL:  $_____                                    Deputy Sheriff
                                                Parish of East Baton Rouge

                          **CITATION-2000**

**EXHIBIT A**

**RETURN COPY**



D14975957

# CITATION

X-BIO, LLC
(Plaintiff)

VS

WAFB, LLC, ET AL
(Defendant)

TO:  WAFB, LLC
     THROUGH AGENT:
     CT CORPORATION SYSTEM
     3867 PLAZA TOWER DR
     BATON ROUGE,  LA 70816

NUMBER C-752834  "32"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 9, 2024.**

*Rasheedah Carter*
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: MATTHEWS, TAJH D.
*The following documents are attached:

PETITION FOR DAMAGES



SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____:
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____
DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

<span style="color:red">**EXHIBIT A**</span>

RECEIVED
East Baton Rouge Sheriff Office
SEP 17 2024

**EXHIBIT A**

# RETURN COPY



D14975965

## CITATION

X-BIO, LLC
(Plaintiff)

NUMBER C-752834 "32"

VS

19TH JUDICIAL DISTRICT COURT

WAFB, LLC, ET AL
(Defendant)

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  GRAY MEDIA GROUP, INC
     THROUGH AGENT: CT CORPORATION SYSTEM
     3867 PLAZA TOWER DR
     BATON ROUGE,  LA 70816

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 9, 2024.**

*Rasheedah Carter*
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: MATTHEWS, TAJH D.
*The following documents are attached:

PETITION FOR DAMAGES

I made service on the named party through the CT Corporation

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:  SEP 18 2024   this document to
PERSONAL SERVICE:  On the party herein named at _____.  by tendering a copy of
DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of Ashley Morvant _____, a person of suitable age and discretion residing in the said domicile at _____.  GARAFOLA #0577
SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____  DY. B. GARAFOLA #0577
                                                                              Deputy Sheriff, Parish of East Baton Rouge, Louisiana
DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____          _____
TOTAL:  $_____              Deputy Sheriff
                                 Parish of East Baton Rouge

CITATION-2000

**EXHIBIT A**

# RETURN COPY



D14975957

# CITATION

X-BIO, LLC
(Plaintiff)

NUMBER C-752834  "32"

VS

19TH JUDICIAL DISTRICT COURT

WAFB, LLC, ET AL
(Defendant)

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   WAFB, LLC
      THROUGH AGENT:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR
      BATON ROUGE,  LA 70816

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 9, 2024.**

*Rasheedah Carter*
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: MATTHEWS, TAJH D.
*The following documents are attached:

PETITION FOR DAMAGES

SERVICE INFORMATION:



Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____
DUE AND DILIGENT:        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

<span style="color:red">**EXHIBIT A**</span>

EXHIBIT A

RECEIVED
East Baton Rouge Sheriff Office
SEP 17 2024