UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| X-BIO, LLC | CIVIL ACTION |
| VERSUS | NO. 24-869-SDD-RLB |
| WAFB, LLC, ET AL. | |

**ORDER**

This matter is before the Court on a Notice setting a telephone scheduling conference for January 29, 2026 with a Joint Status Report due by January 15, 2026. (R. Doc. 21). A joint status report was to have been prepared and filed with inserts of all parties; however, a review of the Status Report filed on January 15, 2026 indicates only plaintiff provided inserts. (R. Doc. 22). The Court notes that, a review of the record reflects that the prior Status Report filed on December 5, 2024 also failed to include the inserts of defendants. (R. Doc. 10). Considering the instant Status Report contains only the inserts of plaintiff,

**IT IS ORDERED** that defense counsel shall personally appear before the undersigned Magistrate Judge at the Russell B. Long Federal Building and Courthouse, 777 Florida Street, Courtroom 6, in Baton Rouge, Louisiana, at **2:30 p.m. on February 12, 2026** and **SHOW CAUSE** why sanctions should not be imposed for failure to participate in the preparation of a Joint Status Report as ordered.

**IT IS FURTHER ORDERED** that counsel for defendants shall file inserts and proposed deadlines on or before **February 5, 2026. If counsel have not conferred as required by Rule 26(f), they must do so prior to this date.** If defendants' inserts and proposed deadlines are filed by **February 5, 2026**, then no response to the show cause order is necessary and the hearing will be cancelled.

Signed in Baton Rouge, Louisiana, on January 27, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**