**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**X-BIO, LLC**                                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 24-869-SDD-RLB**

**WAFB, LLC, ET AL.**

<u>**ORDER**</u>

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. (R. Doc. 32). The deadline to file an opposition has expired. LR 7(f). Accordingly, the motion is unopposed.

X-Bio, LLC ("Plaintiff") initiated this defamation action against WAFB, LLC and Gray Media Group Inc. in State court. (R. Doc. 1-1). In removing the action based on diversity jurisdiction pursuant to 28 U.S.C § 1332, Gray Local Media, Inc. ("Defendant") represented that it was the proper defendant resulting from the merger of the two named defendants into a single business entity. (R. Doc. 1). The Court subsequently entered into the record Plaintiff's First Amended Complaint, which identified Gray Local Media, Inc. as the sole defendant. (R. Doc. 31).

Plaintiff now seeks leave to file a Second Amended Complaint that names Louisiana Television Broadcasting, LLC as an additional defendant, identifying WBRZ, LLC as its subsidiary. (R. Doc. 32). In the proposed pleading, Plaintiff asserts that Louisiana Television Broadcasting, LLC is a "Louisiana limited liability company with its principal place of business" in Baton Rouge, Louisiana. (R. Doc. 32-1 at 1).

The citizenship of a limited liability company is determined by the citizenship of each of its members, not its alleged domicile, state of formation, or principal place of business. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). When members are

themselves limited liability companies, the citizenship must be traced through however many layers of members there may be. *Turner Bros. Crane & Rigging, LLC v. Kingboard Chem. Holding Ltd.*, No. 06–88, 2007 WL 2848154, at *4 (M.D. La. Sept. 24, 2007). Plaintiff's motion is deficient because the proposed pleading does not provide the identity and citizenship of all members of the proposed defendant Louisiana Television Broadcasting, LLC.

Based on the foregoing,

**IT IS ORDERED** that the Plaintiff's Motion for Leave to File Second Amended Complaint (R. Doc. 32) is **DENIED** without prejudice to refile, within **7 days** of the date of this Order, with a proposed pleading that properly identifies the citizenship of Louisiana Television Broadcasting, LLC. Any renewed motion must identify whether it is opposed by the current Defendant.

Signed in Baton Rouge, Louisiana, on April 27, 2026.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2