**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **X-BIO, LLC**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WAFB, LLC AND GRAY MEDIA GROUP INC.**<br><br>**Defendant** | **No. 3:24-CV-869**<br><br>**Judge Shelly D. Dick**<br><br>**Magistrate Judge Richard L. Bourgeois, Jr.** |

# ORDER

**CONSIDERING THE FOREGOING** *Joint Motion to Dismiss* filed by X-Bio, LLC and Gray Local Media, Inc.:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. All claims raised in the above-captioned matter are DISMISSED WITH PREJUDICE, with each party to bear their own costs.

Baton Rouge, Louisiana on this 2nd day of November, 2026.

Shelly D. Dick

**SHELLY D. DICK**
**U.S. DISTRICT JUDGE**